SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 25 2026
ARTHUR JOHNSTON
BY ______ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 2:26cr22 LG-MTP

NABIN NAZIR SHAIKH

18 U.S.C. § 2314
18 U.S.C. § 2315

**The Grand Jury charges:**

COUNT 1

On or about January 1, 2026, in Forrest County in the Eastern Division of the Southern District of Mississippi, and elsewhere the defendant, **NABIN NAZIR SHAIKH,** did unlawfully transport, transmit and transfer in interstate commerce, from New Mexico to Forrest County in the State of Mississippi, stolen goods in the form of gold bars, having an aggregate value of $5000 or more, knowing the same to have been stolen, converted and taken by fraud, in violation of Title 18, United States Code, Section 2314.

COUNT 2

On or about January 1, 2026, in Forrest County in the Eastern Division of the Southern District of Mississippi, and elsewhere the defendant, **NABIN NAZIR SHAIKH,** did receive, possess, conceal, store, barter, sell, or dispose of certain stolen goods, that is gold bars of a value aggregating $5000 or more which stolen goods had crossed a State boundary after being stolen in December of 2025, in New Mexico, and subsequently being brought into the State of Mississippi, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2315.

## NOTIICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendants, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant Title 18, United States Code, Section 981(a)(1)(C); and Title 28, United States Code, Section 2461 (for Counts 1 and 2).

fn [signature]
J.E. BAXTER KRUGER
United States Attorney

A TRUE BILL:

**S/SIGNATURE REDACTED**
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this, the 25th day of August 2026.

[signature]
UNITED STATES MAGISTRATE JUDGE